IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES LEE MALENA, | ) |
|             Plaintiff, | ) |
| | ) |
| v. | )  3:09-CV-2073-O |
| | ) |
| PARKLAND JAIL HEALTH SERVICE, | ) |
| et al., | ) |
|             Defendants. | ) |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge (Doc. # 34) and noting that no objections have been filed thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Accordingly, Defendant's motion to dismiss (Doc. #19) is GRANTED, and Defendant Parkland Jail Health Service is DISMISSED with prejudice.

**SO ORDERED this 16th day of April, 2010.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**